**UNITED STATES DISTRICT COURT**

Northern District of California

280 South First Street

**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

August 17, 2006

**Office of the Clerk-USDC**
**Eastern District of CA**
**4-200 United States Courthouse**
**501 "I" Street**
**Sacramento, CA 95818-2322**

# FILED

SEP 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

Case Number: **CR-99-20048-01-JF  (Your Case# 2:05-CR-0319-EG)**

Case Title:  **United States -v- Johnny C. Hong.**

Dear Clerk:

Pursuant to order transferring the jurisdiction of probation in the above-captioned case, transmitted herewith are certified copies of:

1. Indictment/Information

2. Transferral Order

3. Judgment

4. Docket Sheets

Please acknowledge receipt of the above document on the copy of this form.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: _Cita F. Escalano_

Case Systems Administrator

(enclosures)

| ⏰PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
| (Rev. 2/88) | | 0971/5:99CR20048-01-JF |
| **TRANSFER OF JURISDICTION** | 2: 0 6 - | DOCKET NUMBER *(Rec. Court)* CR - 0 3 1 9 EJG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| Johnny C. Hong **FILED** 7731 52nd Street Sacramento, CA 95828 **AUG 1 5 2006** | ND/CA | San Jose |
| | NAME OF SENTENCING JUDGE | |
| | Jeremy Fogel | |

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | | 7/17/06 | 7/16/09 |

**OFFENSE**

18:USC 1951(a) - Conspiracy to Obstruct Commerce by Robbery, a class C felony
18:USC 924(c)(1) - Using or Carrying a Firearm During a Crime of Violence, a class B felony

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED:
RICHARD W. WIEKING
Clerk. U.S. District Court
Northern District of California
By: _____ Deputy Clerk
Date: _____ 2006

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Eastern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/28/06
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern District of California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DOCUMENT NO CSA's INITIALS

DISTRICT COURT CRIMINAL CASE PROCESSING

8/7/06
*Effective Date*

*United States District Judge*

# United States District Court

# Northern District of California

FILED

2002 APR 25 P 1: 03

AMENDED
JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987) S.J.

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

**JOHNNY CONG HONG
AKA LON CONG HONG**

Case Number:    CR 99-20048-01 JF

JERRY Y. FONG
Defendant's Attorney

## THE DEFENDANT:

[x]    pleaded guilty to count(s): COUNTS ONE AND TWO of the Indictment .
[ ]    pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]    was found guilty on count(s) ___ after a plea of not guilty.

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By ____
Deputy Clerk
Date: APR 1 6 2006

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 1951(a) | Conspiracy to Obstruct Commerce by Robbery, a Class C Felony | 3/18/1999 | one |
| 18 U.S.C. 924(c)(1) | Using or Carrying a Firearm During a Crime of Violence, a Class D Felony | 3/18/1999 | two |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on count(s) ___.

[ ]    Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:    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 | march 12, 2002 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth:    7/20/63 | |
| | |
| Defendant's USM No.:    99260-011 | Signature of Judicial Officer |
| Defendant's Residence Address: | Honorable Jeremy Fogel, U. S. District Judge |
| 25 SW Bertha Blvd. | Name & Title of Judicial Officer |
| ...and, Or | |
| | Date |

DOCUMENT NO.    CSA's    INITIALS

ENTERED IN CRIMINAL DOCKET ON: ____    APR 2 9 2002

DISTRICT COURT
CRIMINAL CASE PRCS    FING

DEFENDANT:      JOHNNY CONG HONG
AKA LON CONG HONG                                        Judgment - Page 2 of 8
SE NUMBER:      CR 99–20048-01 JF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ONE HUNDRED ONE(101)MONTHS .

Count one, Forthy one(41)months shall run consecutive with count two.sixty (60) months.

[x]    The Court makes the following recommendations to the Bureau of Prisons:
       The defendant may be placed in a Federal Facility in California

[x]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.

       [ ] at __ on __.
       [ ] as notified by the United States Marshal.

       The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       [ ] before _ on __.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.


                                                         _____
                                                         UNITED STATES MARSHAL


                                                 By    _____
                                                         Deputy U.S.  Marshal

AO 245B (Rev. 9/00)  Sheet 3 - Supervised Relea.

- DEFENDANT:        JOHNNY CONG HONG
  A LON CONG HONG                                                          Judgment - Page 3 of 8
  SE NUMBER:      CR 99–20048-01 JF

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years .

Count one, three (3) years shall run concurrent with count two, three (3) years..

While on Supervised Release you shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. Revocation of supervised release is mandatory for possession of a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[x]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

vocation of supervised release in mandatory for refusal to comply with drug testing imposed as a condition of supervision.  18 U.S.C. Sections 3565(b)(3) and 3583 (g)(3)

You shall pay the assessment imposed in accordance with 18 U.S.C. Section 3013, and shall immediately notify the probation officer of any change in your economic circumstances that might affect your ability to pay a special assessment, fine, restitution, or co-payments ordered by the Court.

If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervision that you pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any Schedule of Payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant shall cooperate with the probation officer in meeting any financial obligations

. DEFENDANT: JOHNNY CONG HONG
KA LON CONG HONG                                                Judgment - Page 4 of 8
SE NUMBER:    CR 99–20048-01 JF

## STANDARD CONDITIONS OF SUPERVISION

It is the order of the Court that the defendant shall comply with the following standard conditions:

1) The defendant shall not leave the judicial district or other specified geographical area without permission of the Court or the probation officer;
2) The defendant shall report to the probation officer as directed by the Court or the probation officer, and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependants and meet other family responsibilities, including but not limited to, compliance with the terms of any court order or administrative process pursuant to the laws of a state, the District of Columbia, or any other possession or territory of the United States, requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
   The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment;
7) The defendant shall consume no alcohol if sentenced to the special condition that the defendant are to participate in a drug/alcohol program;
8) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;
9) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;
13) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
14) The defendant shall notify third parties of risks related to the defendant's criminal record, personal history, or characteristics, and shall permit the probation officer to make such notifications and/or confirm the defendant compliance with this notification requirement

AO 245B (Rev. 9/00) Sheet 3 - Supervised Relea...

DEFENDANT: JOHNNY CONG HONG
A LON CONG HONG                                          Judgment - Page 5 of 8
SE NUMBER: CR 99–20048-01 JF

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in a drug/alcohol aftercare treatment program, which may include testing to determine whether s/he has reverted to the use of drugs or alcohol, as directed by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed sixty dollars ($60.00) per session, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

2) The defendant shall submit his/her person, residence, office, vehicle, or any property under his/her control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation. The defendant shall warn any residents that the premises may be subject to searches.

DEFENDANT: JOHNNY CONG HONG
KA LON CONG HONG
SE NUMBER: CR 99–20048-01 JF

Judgment - Page 6 of 8

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments directly following the Monetary Penalties section.

|         | Assessment | Fine | Restitution |
|---------|-----------|------|-------------|
| Totals: | $ 200.00  | $    | $           |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|----------------------|-------------------------------|-----------------------------------------|
| Totals:       | $_                   | $_                            |                                         |

[ ] If applicable, restitution amount ordered pursuant to plea agreement $_

[ ] The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[ ] the interest requirement is waived for the    [ ] fine and/or    [ ] restitution.

[ ] the interest requirement for the    [ ] fine and/or    [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

. DEFENDANT:      JOHNNY CONG HONG
KA LON CONG HONG                                              Judgment - Page 7 of 8
SE NUMBER:    CR 99-20048-01 JF

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A   [x] Lump sum payment of $200.00 due immediately, balance due

    [ ]   not later than ____, or

    [ ]   in accordance with ( ) C, ( ) D, or ( ) E below; or

B   [ ]  Payment to begin immediately (may be combined with ( ) C,  ( ) D, or ( ) E below); or

C   [ ]  Payment in ____ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or year(s)), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]  Payment in ____ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or year(s)), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [ ]  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

    [ ]   Joint and Several

| Case Number (including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|

[ ]   The defendant shall pay the cost of prosecution.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, (8) costs, including cost of prosecution and court costs.

AO 245B (Rev. 9/00) -Criminal Monetary Penalt..

: DEFENDANT:   JOHNNY CONG HONG
KA LON CONG HONG

ASE NUMBER:   CR 99-20048-01 JF

Judgment - Page 8 of 8

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

CR  99  20040  JE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office.
ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By:
AUG Deputy Clerk 2006

## THE UNITED STATES OF AMERICA

*vs.*

**JOHNNY CONG HONG, aka LON CONG HONG,**
**PHU CHI DOUNG,**
**COONG SAY HA, VAY SENH LI, VINH VI LU aka**
**WING LU, A-UNG PHU, and PHONG UU**

*(filed stamp: RICHARD W. WIEKING CLERK MAR 24 FILED)*

## INDICTMENT

Count One: 18 U.S.C. § 1951(a)--Conspiracy to Obstruct Commerce by Robbery

Count Two: 18 U.S.C. § 924(c)(1)--Using or Carrying a Firearm During a Crime of Violence

*A true bill.*

*Foreperson*

*Filed in open court this _____ day of _____*

*A.D. 19___*

**Clerk**

*Bail.* $ _____   no process requested

*Edward Dufate*

1  ROBERT S. MUELLER, III
   United States Attorney

2  Attorney for Plaintiff

3  

4

5

6

7

8                    UNITED STATES DISTRICT **CR 90 20048** JK

9                      NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA      )      Criminal No.:
                                 )
11             Plaintiff,        )      VIOLATIONS: 18 U.S.C.
                                 )      § 1951(a) -- Conspiracy to
12                               )      Obstruct Commerce by Robbery;
        v.                       )      18 U.S.C. § 924(c)(1) --
13                               )      Carrying a Firearm during a
   JOHNNY CONG HONG,             )      Crime of Violence
14      a/k/a Lon Cong Hong,     )
   PHU CHI DUONG,                )
15 COONG SAY HA,                 )
   VAY SENH LI,                  )
16 VINH VI LU,                   )
        a/k/a Wing Lu,           )
17 A-UNG PHU, and                )
   PHONG UU                      )
18             Defendants.       )
                                 )      SAN JOSE VENUE
19
20                      I N D I C T M E N T

21
   The Grand Jury charges:
22
   COUNT ONE: (18 U.S.C. § 1951(a)-- Conspiracy to Obstruct
23            Commerce by Robbery)

24     On or about and between January, 1999 and March 18, 1999

25 both dates being approximate and inclusive, in the County of

26

   INDICTMENT

1    Santa Clara the Northern District of California, and elsewhere,

2    the defendants

3                          JOHNNY CONG HONG,
                                 a/k/a Lon Cong Hong,
4                          PHU CHI DUONG,
                           COONG SAY HA,
5                          VAY SENH LI,
                           VINH VI LU,
6                                 a/k/a Wing Lu,
                           A-UNG PHU, and
7                          PHONG UU,

8    and others, did knowingly and intentionally conspire to obstruct

9    commerce, and the movement of articles in commerce, by the

10   robbery of a shipment represented to contain approximately one

11   million dollars ($1,000,000.00) in computer chips moving in

12   interstate commerce, in violation of Title 18, United States

13   Code, section 1951(a).

14   COUNT TWO: (18 U.S.C. § 924(c)(1)--Using or Carrying a Firearm
                During a Crime of Violence)
15
          On or about and between January, 1999 and March 18, 1999,
16
     both dates being approximate and inclusive, in the County of
17
     Santa Clara, Northern District of California, the defendants
18
                           JOHNNY CONG HONG,
19                               a/k/a Lon Cong Hong,
                           PHU CHI DUONG,
20                         COONG SAY HA,
                           VAY SENH LI,
21                         VINH VI LU,
                                 a/k/a Wing Lu,
22                         A-UNG PHU, and
                           PHOUG UU,
23
     did use and carry firearms, that is: (1) a Colt .45 caliber
24
     semiautomatic handgun, serial # FC 22295, during and in relation
25
     to a crime of violence, that is conspiring to obstruct commerce
26

     INDICTMENT

1 | by robbery in violation of Title 18, United States Code, Section
2 | 1951(a). All in violation of Title 18, United States Code,
3 | Section 924(c)(1).

4 |                                    A TRUE BILL.

5 |

6 |                                    _M. Blessings_
                                     FOREPERSON

7 | ROBERT S. MUELLER, III              DATED 24 Mar 99
8 | United States Attorney

9 |

10 | _Elizabeth De La Vega_
    ELIZABETH DE LA VEGA
11 | Chief, San Jose Branch

12 | (Approved as to form: _____)
13 |                        AUSA

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

─── Name of District Court, and/or Judge/Magistrate Location (City) ───
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

COUNT ONE: 18 U.S.C. § 1951(a)--Conspiracy
to Obstruct Commerce Robbery
COUNT TWO: 18 U.S.C. § 924(c)(1)--Using or
Carrying a Firearm During a Crime of Violence

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

─── DEFENDANT - U.S. ───

▶ PHONG UU

DISTRICT COURT NUMBER

PENALTY:
20 Years imprisonment, $250,000.00 fine, 5 years supervised
release and $100.00 S/A

─────────────────── DEFENDANT ───────────────────

IS *NOT* IN CUSTODY

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)

RONALD MARINO, FBI

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

☐ person is awaiting trial in another Federal or State
   Court, give name of court

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrP 20, 21 or 40. Show District

IS IN CUSTODY

4) ☐ On this charge

☐ this is a represecution of
   charges previously dismissed
   which were dismissed on
   motion of:
   ☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

☐ this prosecution relates to a pending
   case involving this same defendant
☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

MAGISTRATE
CASE NO.

Has detainer
been filed?
☐ Yes
☐ No
If "Yes"
give date
filed

DATE OF
ARREST
Month/Day/Year

Name and Office of Person
Furnishing Information on
THIS FORM

ROBERT S. MUELLER, III

☒ U.S. Att'y ☐ Other U.S. Agency

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED ▶
TO U.S. CUSTODY
Month/Day/Year

Name of Asst. U.S. Att'y
(if assigned)

GARY G. FRY

☐ This report amends AO 257 previously submitted

─────────── ADDITIONAL INFORMATION OR COMMENTS ───────────

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

COUNT ONE: 18 U.S.C. § 1951(a)--Conspiracy
to Obstruct Commerce Robbery ☐ Petty
COUNT TWO: 18 U.S.C. § 924(c)(1)--Using or ☐ Minor
Carrying a Firearm During a Crime of Violence ☐ Misde-
meanor
☒ Felony

**PENALTY:**
20 Years imprisonment, $250,000.00 fine, 5 years supervised
release and $100.00 S/A

— Name of District Court, and/or Judge/Magistrate Location (City) —
NORTHERN DISTRICT OF CALIFORNIA

—— DEFENDANT - U.S. ——

▶ VAY SENH LI

**DISTRICT COURT NUMBER**

CR  99  20048 JF

———— PROCEEDING ————
Name of Complaintant Agency, or Person (&Title, if any)

RONALD MARINO, FBI

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on **SHOW**
motion of: **DOCKET NO.**
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending
case involving this same defendant
**MAGISTRATE**
prior proceedings or appearance(s) **CASE NO.**
before U.S. Magistrate regarding this▶
defendant were recorded under

Name and Office of Person
Furnishing Information on **ROBERT S. MUELLER, III**
THIS FORM
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) **GARY G. FRY**

————————————————— DEFENDANT —————————————————

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons ▶
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes } If "Yes"
been filed? ☐ No } give date
filed

**DATE OF** ▶ Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not Federal
Month/Day/Year
**DATE TRANSFERRED** ▶
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

————————— ADDITIONAL INFORMATION OR COMMENTS —————————

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

COUNT ONE: 18 U.S.C. § 1951(a)—Conspiracy to Obstruct Commerce Robbery
COUNT TWO: 18 U.S.C. § 924(c)(1)—Using or Carrying a Firearm During a Crime of Violence

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 Years imprisonment, $250,000.00 fine, 5 years supervised release and $100.00 S/A

─── Name of District Court, and/or Judge/Magistrate Location (City) ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

VINH VI LU aka Wing Lu

DISTRICT COURT NUMBER
CR 99 20048 /JF

─────────── PROCEEDING ───────────

Name of Complaintant Agency, or Person (&Title, if any)

RONALD MARINO, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
ROBERT S. MUELLER, III
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
GARY G. FRY

─── DEFENDANT ───

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

—— Name of District Court, and/or Judge/Magistrate Location (City) ——
NORTHERN DISTRICT OF CALIFORNIA

—— **OFFENSE CHARGED** ——

COUNT ONE: 18 U.S.C. § 1951(a)—Conspiracy
to Obstruct Commerce Robbery
COUNT TWO: 18 U.S.C. § 924(c)(1)—Using or
Carrying a Firearm During a Crime of Violence

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

**PENALTY:**
20 Years imprisonment, $250,000.00 fine, 5 years supervised
release and $100.00 S/A

—— **DEFENDANT - U.S.** ——

▶ COONG SAY HA

**DISTRICT COURT NUMBER**

CR 2 0 7 2 0 6

—————————— **DEFENDANT** ——————————

—————— **PROCEEDING** ——————

Name of Complaintant Agency, or Person (&Title, if any)

RONALD MARINO, FBI

☐ person is awaiting trial in another Federal or State
    Court, give name of court

☐ this person/proceeding is transferred from another district
    per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on
    motion of:
    ☐ U.S. Att'y ☐ Defense

} **SHOW**
**DOCKET NO.**

☐ this prosecution relates to a pending
    case involving this same defendant
☐ prior proceedings or appearance(s)
    before U.S. Magistrate regarding this
    defendant were recorded under ▶

**MAGISTRATE
CASE NO.**

Name and Office of Person
Furnishing Information on
THIS FORM

ROBERT S. MUELLER, III

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)

GARY G. FRY

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior summons ▶
       was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?
☐ Yes
☐ No
} If "Yes"
give date
filed

**DATE OF
ARREST** ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED** ▶
**TO U.S. CUSTODY**
Month/Day/Year

☐ This report amends AO 257 previously submitted

—————— **ADDITIONAL INFORMATION OR COMMENTS** ——————

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location (City)**
NORTHERN DISTRICT OF CALIFORNIA

---- **OFFENSE CHARGED** ----

COUNT ONE: 18 U.S.C. § 1951(a)—Conspiracy to Obstruct Commerce Robbery
COUNT TWO: 18 U.S.C. § 924(c)(1)—Using or Carrying a Firearm During a Crime of Violence

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT - U.S.**

▶ PHU CHI DUONG

**DISTRICT COURT NUMBER**

2 0 0 4 8

PENALTY:

20 Years imprisonment, $250,000.00 fine, 5 years supervised release and $100.00 S/A

------- **DEFENDANT** -------

------- **PROCEEDING** -------

Name of Complainant Agency, or Person (&Title, if any)

RONALD MARINO, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant
prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
**MAGISTRATE CASE NO.**

Name and Office of Person Furnishing Information on THIS FORM
ROBERT S. MUELLER, III
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
GARY G. FRY

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed

**DATE OF ARREST**  ▶

Or... if Arresting Agency & Warrant were not Federal

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

------- **ADDITIONAL INFORMATION OR COMMENTS** -------

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

COUNT ONE: 18 U.S.C. § 1951(a)–Conspiracy
to Obstruct Commerce Robbery
COUNT TWO: 18 U.S.C. § 924(c)(1)--Using or
Carrying a Firearm During a Crime of Violence

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:
20 Years imprisionment, $250,000.00 fine, 5 years supervised
release and $100.00 S/A

—— Name of District Court, and/or Judge/Magistrate Location (City) ——
NORTHERN DISTRICT OF CALIFORNIA

—— DEFENDANT - U.S. ——

▸ JOHNNY CONG HONG aka Long Cong Hong

DISTRICT COURT NUMBER

99 20048 JF

—————— DEFENDANT ——————

**IS *NOT* IN CUSTODY**

—————— PROCEEDING ——————

Name of Complaintant Agency, or Person (&Title, if any)

RONALD MARINO, FBI

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:
   ☐ U.S. Att'y ☐ Defense

   SHOW
   DOCKET NO.

☐ this prosecution relates to a pending
   case involving this same defendant

   prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

   MAGISTRATE
   CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM
☒ U.S. Att'y ☐ Other U.S. Agency

ROBERT S. MUELLER, III

Name of Asst. U.S. Att'y
(if assigned)            GARY G. FRY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer
been filed?     ☐ Yes      If "Yes"
                ☐ No       give date
                           filed

DATE OF
ARREST         ▸ Month/Day/Year

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED ▸ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location (City)
NORTHERN DISTRICT OF CALIFORNIA

— OFFENSE CHARGED —

COUNT ONE: 18 U.S.C. § 1951(a)—Conspiracy
to Obstruct Commerce Robbery
COUNT TWO: 18 U.S.C. § 924(c)(1)—Using or
Carrying a Firearm During a Crime of Violence

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

DEFENDANT - U.S.

▶ A-UNG PHU

PENALTY:

20 Years imprisionment, $250,000.00 fine, 5 years supervised
release and $100.00 S/A

DISTRICT COURT NUMBER

**CR** 99 20048

————— PROCEEDING —————

Name of Complaintant Agency, or Person (&Title, if any)

RONALD MARINO, FBI

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a pending
case involving this same defendant
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM         ROBERT S. MUELLER, III
☒ U.S. Atty ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)         GARY G. FRY

——————————— DEFENDANT ———————————

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes     If "Yes"
been filed?       ☐ No      give date
filed

DATE OF ▶         Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED ▶       Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

————— ADDITIONAL INFORMATION OR COMMENTS —————

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT     Bail Amount

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: