PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:06CR00319-01** |
| ) | |
| **JOHNNY CONG HONG** ) | |
| aka: Long Cong Hong ) | |

On March 12, 2002, the above-named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI
Senior United States Probation Officer**

Dated:     July 23, 2008
           Sacramento, California
           CJM:jz

**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re: JOHNNY CONG HONG**
**Docket Number: 2:06CR00319-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Johnny Cong Hong be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
|   August 4, 2008 | /s/ Edward J. Garcia |
| **Date** | **EDWARD J. GARCIA** |
| | **Senior United States District Judge** |

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office